IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRYNN THOMPSON, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation, and PRUCO LIFE INSURANCE COMPANY, an Arizona corporation,<br><br>Defendants. | Case No. 3:23-CV-3904-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of March 31, 2025 (Doc. 53), granting Defendants' Motion to Dismiss (Doc. 30), this entire action is **DISMISSED with prejudice**.

DATED: March 31, 2025

MONICA A. STUMP,
Clerk of Court

By:  s/ *Deana Brinkley*
            Deputy Clerk

APPROVED:  _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge